**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of July, two thousand twenty-six,

United States of America,

Appellee,

v.

Kin Ming Je, Yvette Wang, AKA Yanping Wang,

Defendants,

Miles Guo, AKA Ho Wan Kwok,

Defendant - Appellant.

**ORDER**
Docket No. 26-1853

A notice of appeal was filed on July 02, 2026. The Appellant's Acknowledgment and Notice of Appearance Form due July 23, 2026 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 10, 2026 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

