**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States _____ v.

Guo _____

**DOCKET NUMBER:** 26-1853 _____

**COUNSEL'S NAME:** Joshua L. Dratel/Dratel & Lewis

**COUNSEL'S ADDRESS:** 29 Broadway, Ste. 1412,

New York, NY 10006

**COUNSEL'S PHONE:** (212) 732-0707

**QUESTIONNAIRE**

[ ] I am ordering a transcript.

[✓] I am not ordering a transcript.  Reason: [ ] Daily copy available [ ] U.S. Atty. placed order
[✓] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[ ] Pre-trial proceedings:_____
(Description & Dates)

[ ] Trial:_____
(Description & Dates)

[ ] Sentencing:_____
(Description & Dates)

[ ] Post-trial proceedings:_____
(Description & Dates)

I,_____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds [ ] CJA Form 24

_____     _____
Counsel's Signature                                    Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____     _____
Court Reporter's Signature                             Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the
Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

LAW OFFICES OF
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006

—

TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS

—

AMY E. GREER
JACOB C. EISENMANN

SAMANTHA ENGST-MANSILLA
*Paralegal*

August 5, 2026

**BY ECF**

The Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marchall United States Courthouse
40 Foley Square,
New York, NY 10007

Re:     *United States v. Guo*,
        26-1853 (Con.) - Form B Attachment

The transcript is not being ordered at this time because (a) much of the transcript, including the entire trial, has already been produced; and (b) today I am also moving to be relieved, and think it prudent, if the motion is granted, to permit new counsel to determine whether any transcripts are missing and/or necessary to the appeal

Respectfully submitted,

Joshua L. Dratel

*Attorney for Appellant Miles Guo*

JLD