**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 26-1853

Caption [use short title]

**Motion for:** counsel to be relieved

Set forth below precise, complete statement of relief sought:

for counsel to be relieved as CJA appellate counsel,

and have the Federal Defenders substituted as counsel.

UNITED STATES OF AMERICA V. GUO

**MOVING PARTY:** Miles Guo

**OPPOSING PARTY:** United States of America

☐ Plaintiff  ☐ Defendant

☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joshua L. Dratel

**OPPOSING ATTORNEY:** AUSA Ryan B. Finkel

[name of attorney, with firm, address, phone number and e-mail]

Law Offices of Dratel & Lewis

United States Attorney's Office, Southern District of New York

29 Broadway, Ste. 1412, New York, NY 10006

26 Federal Plaza, 37th Floor, New York, NY 10278

(212) 732-0707, jdratel@dratellewis.com

(212) 637-6612, Ryan.Finkel@usdoj.gov

Court- Judge/ Agency appealed from: The Honorable Analisa Torres, S.D.N.Y.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain): 
Gov't position set forth at para 5 of defense counsel's Declaration.

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☐ No If yes, enter date:

**Signature of Moving Attorney:**

_____ **Date:** 8/5/26  Service : ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)