**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

Date: August 6, 2026
Docket #: 26-1853
Short Title: United States of America v. Guo

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:23-cr-118-1
DC Court: SDNY (NEW YORK CITY)
DC Judge: Analisa Torres

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8503.