# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of September, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge*.

---

United States of America,

Appellee,

v.

Kin Ming Je, Yvette Wang, AKA Yanping Wang,

Defendants,

Miles Guo, AKA Ho Wan Kwok,

Defendant - Appellant.

---

**ORDER**

Docket No. 26-1853

Joshua L. Dratel moves to be relieved as counsel for the Appellant and to appoint the Office of the Federal Defenders as substitute counsel.

IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. The motion to appoint the Federal Defenders as substitute counsel is DENIED. Benjamin Gruenstein, Esq., Gruenstein Law PLLC, Two Manhattan West, 375 Ninth Avenue, New York, NY 10001 is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Gruenstein is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

