# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: United States of America v. Guo Docket No.: 26-1853

Lead Counsel of Record (name/firm) or Pro se Party (name): Benjamin Gruenstein / Gruenstein Law PLLC

Appearance for (party/designation): Miles Guo / Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☑) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: __________
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☐) Correct
(☑) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Benjamin Gruenstein
Firm: Gruenstein Law PLLC
Address: 1185 Avenue of the Americas, 3rd Floor, New York, NY 10036
Telephone: (212) 379-4901 Fax: __________
Email: bgruenstein@gruensteinlaw.com

## RELATED CASES

(☐) This case has not been before this Court previously.
(☑) This case has been before this Court previously. The short title, docket number, and citation are: United States v. Kwok, No. 23-6421 (2d Cir. June 14, 2023) (order); United States v. Kwok, No. 23-6685 (2d Cir. Aug. 1, 2023) (withdrawn).
(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: __________

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on __________ OR that (☐) I applied for admission on __________ or renewal on __________. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: *Benjamin Gruenstein*
Type or Print Name: Benjamin Gruenstein
OR
Signature of pro se litigant: __________
Type or Print Name: __________
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.