**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America v. Miles Guo v.

**DOCKET NUMBER:** 26-1853 (S.D.N.Y. No. 23 Cr. 118 (AT))

**COUNSEL'S NAME:** Benjamin Gruenstein (appointed under the CJA)

**COUNSEL'S ADDRESS:** Gruenstein Law, 1185 Avenue of the Americas
3rd Floor, New York, NY 10036

**COUNSEL'S PHONE:** (212) 379-4910

**QUESTIONNAIRE**

☑ I am ordering a transcript.

☐ I am not ordering a transcript. Reason: ☐ Daily copy available ☐ U.S. Atty. placed order ☑ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☑ Pre-trial proceedings: January 9, 2024 arraignment (please see attached)
(Description & Dates)

☑ Trial: Jury sel., sealed/redacted pages, trial pages missing (please see attached)
(Description & Dates)

☑ Sentencing: June 29, 2026 sentencing (please see attached)
(Description & Dates)

☑ Post-trial proceedings: Dec. 20, 2024 conference, Mar. 3, 2025 conference (please see attached)
(Description & Dates)

I, Benjamin Gruenstein, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☑ CJA Form 24

/s/ Benjamin Gruenstein
Counsel's Signature

10/9/2026
Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: ____________________ Estimated Number of Pages: __________

Estimated completion date: ______________

______________________________
Court Reporter's Signature

______________
Date

**Attorney(s): Send completed form to the U.S. District Court as that court may require and send copies to the**

GRUENSTEIN LAW

1185 Avenue of the Americas
New York, NY 10036
bgruenstein@gruensteinlaw.com

Direct: (212) 379-4901
Office: (212) 379-4910
www.gruensteinlaw.com

October 9, 2026

**BY ECF**

The Honorable Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Guo*, No. 26-1853—Form B Attachment

Dear Ms. Wolfe:

Appellant Miles Guo, through undersigned counsel appointed under the Criminal Justice Act on September 25, 2026 (Dkt. 18), submits this attachment to his Form B. Prior counsel's Form B of August 5, 2026 (Dkt. 15) did not order transcripts so that new counsel could determine whether any were missing. Counsel has compared the district court docket with the transcripts filed there and orders the following, none of which appears in the filed transcripts.

Pre-Trial Proceedings. The January 9, 2024 arraignment on the S2 superseding indictment before Magistrate Judge Robyn F. Tarnofsky. The docket reflects only a minute entry (ECF 225), and no transcript has been filed.

Jury Selection. The voir dire conducted from May 22 through May 24, 2024. The transcript filed at ECF 399 (Tr. 1–5) ends when jury selection began on May 22, 2024. The rest of that day's proceedings, all of May 23, and any voir dire on May 24 that is not in the transcript filed at ECF 401 have not been filed.

Sealed and Redacted Trial Pages. Tr. 51–52 (May 24, 2024; ECF 401), from which lines were redacted; Tr. 343–344 (May 28, 2024; ECF 403), where a sidebar was sealed; and Tr. 4069–4072, 4162, and 4223–4227 (June 25, 2024; ECF 439), which were sealed by order of the district court.

Trial Pages Not in the Filed Transcripts. Tr. 1852, 4758, and 5552, which do not appear in the transcripts filed for June 7, June 27, and July 8, 2024 (ECF 417, 443, and 448). If those page numbers were skipped and no such pages exist, counsel asks the court reporter to so confirm.

Sentencing. The sealed portion of the June 29, 2026 sentencing proceeding, transcript pages 3–30. The transcript filed at ECF 864 omits those pages.

Post-Trial Conferences. The sealed portions of the December 20, 2024 conference (ECF 695 at 6–19) and the March 3, 2025 conference (ECF 497 at 6–7).

GRUENSTEIN LAW

To the extent the court reporter requires an order of the district court before releasing any of these sealed or redacted pages, or the voir dire of the anonymous jury (ECF 306), to appellate counsel, counsel will promptly seek one.

The district court's minute entry for May 21, 2024 reflects a hearing under Section 6(a) of the Classified Information Procedures Act at which a court reporter was present. No transcript of that hearing has been filed. Counsel will seek it, and any transcript of other classified proceedings, through the Classified Information Security Officer. Those transcripts are not the subject of this order.

Counsel is not ordering any other transcript. Transcripts of the remaining pre-trial, trial, sentencing, and post-trial proceedings have been filed in the district court.

Respectfully submitted,

/s/ Benjamin Gruenstein
Benjamin Gruenstein
Attorney for Appellant Miles Guo

cc: AUSA Nathan Rehn (by ECF)
AUSA Ryan B. Finkel (by ECF)
AUSA Micah F. Fergenson (by ECF)
AUSA Justin Horton (by ECF)
AUSA Juliana N. Murray (by ECF)
Court Reporter, Southern District Reporters, P.C.